# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXIOS VARDOULAKES, Individually and on Behalf of CARIBE TANKERS, LTD., Plaintiff, | § § § § | |
| vs. | § § | C.A. No. _____ |
| EDUARDO NERI, Defendant. | § § § | |

## **INDEX TO NOTICE OF REMOVAL**

Index ........................................................................................................... Exhibit A

All pleadings asserting causes of action and all answers in the
    state court action with Cause No. 2021-32436 .................................... Exhibit B

Docket in the state court action with Cause No. 2021-32436 .................... Exhibit C

List of all counsel of record ........................................................................ Exhibit D